UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/09
```

WEI REN WANG, SHUN MING XU, ZHI QIANG ZHANG, QUN WAN, LEI LIU, HUI SONG, HAI BIN SU and QING LIANG LI, on behalf of themselves and others similarly situated,

Plaintiffs,

-v-

XIAN HE INC, TIAN YU INC., RUI LING YANG and ZHAO YU CHEN,

Defendants.

No. 09 Civ. 7211 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a letter from Defendants Tian Yu Inc., Rui Ling Wang and Zhao Yu Chen, reflecting the consent of all parties, requesting an extension of time to file their answer. IT IS HEREBY ORDERED that Defendants shall file their answer by October 19, 2009.

The parties are FURTHER ORDERED to appear for a status conference on Monday, November 2, 2009, at 9:30 a.m. in Courtroom 21C of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED THAT, by Friday, October 23, 2009, at 4:00 p.m., the parties shall jointly submit a letter, not to exceed five (5) pages, providing the following information in separate paragraphs:

(1) A brief statement of the nature of the action and the principal defenses thereto;

(2) A brief explanation of why jurisdiction and venue lie in this Court;

(3) A brief description of all outstanding motions and/or outstanding requests to file motions;

(4) A brief description of any discovery that has already taken place, and that which will be necessary for the parties to engage in meaningful settlement negotiations;

(5) A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

(6) The estimated length of trial; and

(7) Any other information that you believe may assist this Court in resolving this action.

IT IS FURTHER ORDERED THAT, by Friday, October 23, 2009 at 4:00 p.m., the parties shall submit to the Court a proposed case management plan and scheduling order. A template for the order is available at http://www1.nysd.uscourts.gov/judge_info.php?id=99.

The status letter and the proposed case management plan should be emailed to my chambers at the following email address: sullivannysdchambers@nysd.uscourts.gov. Please consult my Individual Rules with respect to communications with chambers and related matters.

Plaintiff is ordered to serve Defendant with a copy of this order, and file a certificate of service on ECF indicating that this service was effectuated. Defendant shall thereafter file a proper notice of appearance through ECF.

SO ORDERED.

Dated:   October 1, 2009
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE