UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/09
```

WEI REN WANG, SHUN MING XU, ZHI QIANG ZHANG, QUN WAN, LEI LIU, HUI SONG, HAI BIN SU and QING LIANG LI, on behalf of themselves and others similarly situated,

Plaintiffs,

-v-

XIAN HE INC, TIAN YU INC., RUI LING YANG and ZHAO YU CHEN,

Defendants.

No. 09 Civ. 7211 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

By Order dated October 1, 2009, the parties were instructed to appear for a status conference on Monday, November 2, at 9:30 a.m. IT IS HEREBY ORDERED that the parties shall instead appear at 9:00 a.m.

SO ORDERED.

Dated: October 19, 2009
New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE