UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WEI REN WANG, SHUN MING XU, ZHI QIANG ZHANG, QUN WAN, LEI LIU, HUI SONG, HAI BIN SU and QING LIANG LI, on behalf of themselves and others similarly situated,

                       Plaintiffs,

-v-

XIAN HE INC, TIAN YU INC., RUI LING YANG and ZHAO YU CHEN,

                       Defendants.

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/10

No. 09 Civ. 7211 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that the post-discovery conference currently scheduled for March 23, 2010, at 9:15 a.m., is adjourned until April 5, 2010, at 10:00 a.m.

Dated:      March 10, 2010
              New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE