UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WEI REN WANG, SHUN MING XU, ZHI
QIANG ZHANG, QUN WAN, LEI LIU, HUI
SONG, HAI BIN SU and QING LIANG LI, on
behalf of themselves and others similarly
situated,

                              Plaintiffs,

        -v-

XIAN HE INC, TIAN YU INC., RUI LING
YANG and ZHAO YU CHEN,

                              Defendants.

No. 09 Civ. 7211 (RJS) (AJP)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/10

---

RICHARD J. SULLIVAN, District Judge:

        By Orders dated April 13, 2010, the Court (1) referred this matter to Judge Peck for a settlement

conference, and (2) instructed the parties to submit a joint status letter by May 13, 2010, advising the Court

of the status of settlement negotiations.

        Judge Peck has scheduled a settlement conference for May 21, 2010.  Accordingly, IT IS HEREBY

ORDERED THAT, by June 1, 2010, the parties shall submit either (1) a stipulation of discontinuance, in the

event that they have reached a settlement, or (2) a proposed pre-trial order conforming to my individual

practices.  With the proposed pre-trial order, the parties shall also file a joint proposed voir dire, joint

proposed jury instructions, a joint binder of exhibits, and any motions in limine.


Dated:        April 19, 2010
              New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE